HANS SCHMID, Appellant, v EILEEN KNAUER et al., Respondents.

Decided September 10, 2015

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Second Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (*see* NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

In the Matter of STATE OF NEW YORK, Respondent, v DENNIS K., Appellant.

Submitted August 17, 2015; decided September 10, 2015

Motion to vacate this Court's July 14, 2015 preclusion order granted.

In the Matter of EMMA TORRES.

EMMA TORRES, Appellant, v DARA FREED, as Executrix of BERNARD COHEN, Deceased, Respondent, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent. JOEL B. MAYER ESQ., Nonparty Respondent.

Submitted July 6, 2015; decided September 10, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.